UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDEN SURGICAL CENTER, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACTIVISION BLIZZARD, INC., in its capacity as Plan Administrator of the ACTIVISION BLIZZARD HEALTH AND WELFARE BENEFITS PLAN; ACTIVISION BLIZZARD HEALTH AND WELFARE BENEFITS PLAN,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02740-CBM-SK<br><br>[~~PROPOSED~~] ORDER RE: RULE 41 STIPULATION FOR DISMISSAL **WITH PREJUDICE**<br><br>[JS-6] |

1  IT IS HEREBY ORDERED that pursuant to the June 19, 2017, stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure* and in accordance with the terms of these parties' written confidential settlement agreement.

The Court shall retain jurisdiction over this action for all matters relating to the parties' performance under and enforcement of the above-mentioned settlement agreement between them.

Each party shall bear its own attorneys' fees and costs.

DATED: JUNE 23, 2017

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT JUDGE